# Court of Appeals
# of the State of Georgia

ATLANTA,  November 18, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0565.  AMY ELLIS KAVE v. THE STATE.**

A jury convicted Amy Ellis Kave of three counts: driving under the influence of alcohol ("DUI") per se, DUI less safe, and failure to maintain lane. The trial court thereafter sentenced Kave on the first and third counts, but failed to enter any disposition as to Count 2, DUI less safe. Kave then filed a notice of appeal to this Court. We lack jurisdiction because the appeal is premature.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." The Georgia Supreme Court has explained that "when multiple counts of an indictment are tried together and the trial court does not enter a written sentence on one or more of the counts, the case is still pending in the trial court and is not a final judgment under OCGA § 5-6-34 (a) (1)." *Keller v. State*, 275 Ga. 680, 680 (571 SE2d 806) (2002). Because the trial court failed to enter a written sentence on Count 2, the case remains pending below and we lack jurisdiction over this premature appeal, which is hereby DISMISSED.

Upon entry of a trial court order resentencing Kave, the superior court clerk is DIRECTED to re-transmit the case to this Court for re-docketing. Kave need not file a second notice of appeal.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,___11/18/2021_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*